MORITZ WALTER et al., Individually and as Executors of and Trustees under the Will of EMANUEL WALTER, Deceased, Respondents, *v.* HERMAN N. WALTER et al., Defendants, and MARY FRANK et al., Appellants.

*Walter* v. *Walter,* 133 App. Div. 893, affirmed.
(Submitted January 25, 1910; decided February 8, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 28, 1909, which affirmed a judgment of Special Term construing the will of Emanuel Walter, deceased.

*Benjamin G. Paskus, Norman P. S. Schloss* and *Emil Goldmark* for appellants.

*John Frankenheimer* and *Henry Walter* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.